```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

KEITH D. MATTHEWS                                          PLAINTIFF

        v.                Civil No. 12-5262

OFFICER MIKE WRIGHT; SERGEANT
SHARP; and NURSE RHONDA                                    DEFENDANTS

### ORDER

Now on this 31ST day of July, 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #21), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #21) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that this matter is **dismissed on the grounds that plaintiff has failed to obey the orders of the Court and has failed to prosecute this action.** *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                     JIMM LARRY HENDREN
                                     UNITED STATES DISTRICT JUDGE